
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Action No.: 07-0051 (RMU)
*Parthasarthy Sudarshan, et al.*,  :
:
Defendant.  :

**FILED**
MAY 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this 1st day of May 2007,

**ORDERED** that a *status* hearing in the above-captioned case shall take place on August 6, 2007 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

