# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

         : 

        v.             :       Criminal Action No.: 07-0051 (RMU)

         :

PARTHASARATHY SUDARSHAN *et al.,* :

         :

    Defendants.        :

**FILED**

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

As a result of the unscheduled courthouse closure on September 18, 2007, it is this 19th day of September, 2007 hereby

**ORDERED** that the status hearing in the above-captioned case originally scheduled for September 18, 2007 is **RESCHEDULED** for Tuesday, October 2, 2007 at 1:30 p.m.; and it is

**FURTHER ORDERED** that, pursuant to defense counsel's unopposed telephonic request, defendant Gopal is permitted to appear telephonically at the October 2, 2007 status hearing.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge