UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-051 (RMU) |
| : | |
| v. : | |
| : | |
| PARTHASARATHY SUDARSHAN : | |
| MYTHILI GOPAL, : | |
| AKN PRASAD, and : | |
| SAMPATH SUNDAR, : | |
|         Defendants : | |

## NOTICE OF APPEARANCE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Senior Trial Attorney Clifford I. Rones is entering his appearance as additional counsel for the United States.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      UNITED STATES ATTORNEY
                                      D.C. Bar. No. 498610

By: _/s/ Clifford Rones_____
      Clifford I. Rones
      Senior Trial Attorney
      Counterespionage Section
      United States Department of Justice
      Md. Bar No. 8506010284
      1400 New York Ave., NW, 9th Floor
      Washington, DC 20530
      (202) 514-1124
      clifford.rones@usdoj.gov